LAW LIBRARY

NO. 30643

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MICHAEL C. TIERNEY, Petitioner,

vs.

COURT REPORTER'S OFFICE, Circuit Court of the
First Circuit, State of Hawaii, Respondent.

ORIGINAL PROCEEDING
(Cr. No. 08-1-0869)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the August 10, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, August 31, 2010.